UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| MARCUS L. WADE, | Case No. 2:25-cv-00851-GMN-EJY |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| DANIEL MARTINEZ, | |
| Defendant. | |

Plaintiff, proceeding *pro se*, filed a Civil Rights Complaint under 42 U.S.C. § 1983 on May 15, 2025. ECF No. 1-1. Unfortunately, Plaintiff did not file an application to proceed *in forma pauperis*, which he must do in order to proceed without prepaying the $405 filing fee. 28 U.S.C. § 1915(a)(2); Local Special Rule 1-2.

Accordingly, IT IS HEREBY ORDERED that on or before **June 20, 2025**, Plaintiff must either pay the $405 filing fee to commence a civil action or file with the Court (1) a complete **Application to Proceed *in Forma Pauperis* for Inmate** on the Court's approved form; (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

IT IS FURTHER ORDERED that the Clerk of Court **must** send Plaintiff the application to proceed *in forma pauperis* for inmates together with the information and instructions for filing the same.

IT IS FURTHER ORDERED that the Court will retain Plaintiff's Complaint (ECF No. 1-1) but will not file it at this time.

IT IS FURTHER ORDERED that failure to comply with this Order will result in a recommendation to dismiss this matter in its entirety without prejudice.

DATED this 20th day of May, 2025.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1