**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MARCUS L. WADE,

Plaintiff,

vs.

DANIEL MARTINEZ,

Defendant.

Case No.: 2:25-cv-00851-GMN-EJY

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Pending before the Court is the Report and Recommendation ("R&R"), (ECF No. 5), of United States Magistrate Judge Elayna J. Youchah, which recommends that Plaintiff's Complaint be dismissed without prejudice, but without leave to amend. (R&R 3:14–17, ECF No. 5). Plaintiff's Complaint is directed towards concerns with Special Public Defender Daniel Martinez, who represents Plaintiff in a separate criminal state court action. (*Id.* 2:22–25). The R&R explains that the purpose of dismissing Plaintiff's Complaint without prejudice is to allow Plaintiff to bring the concerns identified in his Complaint before the state court in which his criminal case is proceeding. (*Id.* 3:15–17).

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2. Upon the filing of such objections, the Court must make a *de novo* determination of those portions to which objections are made if the Magistrate Judge's findings and recommendations concern matters that may not be finally determined by a magistrate judge. D. Nev. R. IB 3-2(b). The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. R. IB 3-2(b). Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S.

140, 149 (1985) (citing 28 U.S.C. § 636(b)(1)). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's R&R where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

Here, no objections were filed, and the deadline to do so has passed. (*See* R&R, ECF No. 5) (setting a July 14, 2025, deadline for objections).

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 5), is **ACCEPTED and ADOPTED** in full.

**IT IS FURTHER ORDERED** that Plaintiff's Complaint is **DISMISSED** without prejudice but without leave to amend.

The Clerk of Court is kindly directed to close this case.

**DATED** this __4__ day of November, 2026.

______________________________________
Gloria M. Navarro, District Judge
United States District Court